**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FRANCISCO MAURICIO COZ
PAXTOR, AKA Juan Coschavez, AKA
Mauricio Coz,

              Petitioner,

  v.

MERRICK B. GARLAND, Attorney
General,

              Respondent.

No.   18-73454

Agency No. A206-408-493

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 13, 2021[**]
San Francisco, California

Before: THOMAS, Chief Judge, and R. NELSON and HUNSAKER, Circuit
Judges.

Francisco Coz Paxtor petitions for review of a decision by the Board of

Immigration Appeals ("BIA") dismissing his appeal of an immigration judge ("IJ")

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

decision denying his applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition.

Coz Paxtor waived his claims for withholding of removal and CAT relief by failing to specifically and distinctly argue those claims in the opening brief. *See Austin v. Univ. of Or.*, 925 F.3d 1133, 1139 (9th Cir. 2019) ("Generally, an issue is waived when the appellant does not specifically and distinctly argue the issue in his or her opening brief." (citation omitted)).

Coz Paxtor waived review of his asylum claim by failing to support his arguments with citations to any record evidence. *See* Fed. R. App. Proc. 28(a)(8) (requiring appellant's opening brief to contain "citations to the authorities and parts of the record on which the appellant relies"); *Martinez-Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir. 1996) (applying rule to opening brief in support of petition for review).

**PETITION DENIED.**